# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:24-mj-00001 |
| Frank Dahlquist | ) Assigned To : Meriweather, Robin M. |
|  | ) Assign. Date : 1/4/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____Frank Dahlquist_____,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1),(2), and (4) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 111(a)(1), Forcibly assaulting, resisting, opposing, or impeding a person designated in section 1114;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
40 U.S.C. § 5104(e)(2) (D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 01/04/2024                                                           _____
                                                                              *Issuing officer's signature*

City and state: Washington, D.C.                    Robin M. Meriweather, U.S. Magistrate Judge
                                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
                                                                              *Arresting officer's signature*

                                                                              *Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Frank Dahlquist

Known aliases:

Last known residence: 5390 N. Montana Ave, Helena, MT 59602

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: 3/24/1978

Social Security number: 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

Height:                                              Weight:

Sex:                                                 Race:

Hair:                                                Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency: FBI

Investigative agency address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: